No. ——. Schnitzler v. Follette, Warden. C. A. 2d Cir. Application for bail presented to Mr. Justice Douglas, and by him referred to the Court, denied.

No. 703, Misc. Park v. Nelson, Warden, et al. Motion for leave to file petition for writ of habeas corpus and other relief denied.

No. 749. Rodriquez v. United States. [Certiorari granted, ante, p. 951.] Motion of petitioner for appointment of counsel granted. It is ordered that William R. Wallace, Esquire, of San Francisco, California, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 780, Misc. Harper v. Craven, Warden, et al.;
No. 886, Misc. Stout v. Michigan;
No. 913, Misc. Turner v. Sheehy, Reformatory Superintendent, et al.; and
No. 963, Misc. Shipp v. Craven, Warden. Motions for leave to file petitions for writs of habeas corpus denied.

No. 788, Misc. Standard Fruit & Steamship Co. v. Lynne, Chief Judge, U. S. District Court, et al. Motion for leave to file petition for writ of mandamus denied. Eberhard P. Deutsch, Robert M. Moore, and René H. Himel, Jr., on the motion. Solicitor General Griswold for the United States, and Hugh B. Cox and James H. McGlothlin for United Fruit Co. in opposition.

No. 244. Boyle, Judge, et al. v. Landry et al. Appeal from D. C. N. D. Ill. Probable jurisdiction noted. John J. Stamos, pro se, and Edward J. Hladis and Ronald Butler, for appellants. Robert L. Tucker for appellees.